BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant Anthony Foxx

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE SMITH,<br><br>              Plaintiff,<br><br>       v.<br><br>ANTHONY FOXX, SECRETARY, DEPARTMENT OF TRANSPORTATION,<br><br>              Defendant. | CASE NO.  2:13-CV-00471 JAM-CKD PS<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND [P~~ROPOSED~~] ORDER** |

NOTICE IS HEREBY GIVEN that Anthony Foxx has replaced Ray LaHood as the United States Secretary of Transportation.  Accordingly, pursuant to Fed. R. Civ. P. 25(d), Anthony Foxx is substituted as Defendant, and all further proceedings in this action shall "be in the substituted party's name."

Dated:  August 26, 2013

BENJAMIN B. WAGNER
United States Attorney

 */s/ Chi Soo Kim* 
CHI SOO KIM
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  August 28, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE