BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant Anthony Foxx

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY FOXX, SECRETARY, DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | CASE NO. 2:13-CV-00471 JAM-CKD<br><br>**DECLARATION OF ANTONIA GARCIA** |

I, ANTONIA GARCIA, declare as follows:

1. I have been employed by the United States Department of Transportation, Federal Aviation Administration ("FAA") since 1981. My current position title is Paralegal Specialist, Office of the Regional Counsel, Western Pacific Region.

2. I make the following factual statements based on my personal knowledge as well as information provided to me as part of my official duties with the FAA. If called as a witness, I could and would competently testify thereto.

3. In my capacity as a Paralegal Specialist, I am responsible for the logging of administrative tort claims presented to the FAA pursuant to the Federal Tort Claims Act. Accordingly, I have access to FAA records for the Western-Pacific Region in the Office of Regional Counsel regarding each administrative tort claim submitted to the FAA for adjudication. Records of administrative tort claims submitted to the FAA Western-Pacific Region are maintained in internal databases to which I have access.

4. On or about August 27, 2013, I caused a search to be performed for any and all administrative tort claims submitted by Marianne Smith, Plaintiff in this action. My search revealed no administrative tort claims filed by Marianne Smith.

I declare under penalty of perjury that the foregoing is true and correct.

Antonia Garcia

Executed this 5th day of September 2013, at Lawndale, CA