UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE SMITH, | No. 2:13-cv-0471 JAM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY FOXX, | |
| Defendant. | |

Currently calendared for hearing on October 16, 2013 is defendant's motion to dismiss the complaint in part. The parties have stipulated to an extension of time for plaintiff to file opposition. Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of October 16, 2013 is vacated.

2. Plaintiff's opposition to the motion to dismiss shall be filed no later than November 6, 2013.

3. Defendant's reply shall be filed no later than November 15, 2013.

4. The matter shall thereafter stand submitted. A hearing will be set if the court determines oral argument would be of material assistance in resolving the motion.

Dated: October 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE