BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant Anthony Foxx

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE SMITH,<br><br>              Plaintiff,<br><br>     v.<br><br>ANTHONY FOXX, SECRETARY, DEPARTMENT OF TRANSPORTATION,<br><br>              Defendant. | CASE NO.  2:13-CV-00471 JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT** |

Plaintiff Marianne Smith and Defendant Anthony Foxx stipulate to extend the time period for Plaintiff to file her First Amended Complaint ("FAC") from March 3, 2014 to June 30, 2014.  Plaintiff will be traveling and unavailable from on or around March 3, 2014 through March 31, 2014, and for part of June 2014.  The Court has already granted Defendant thirty days to respond to the FAC.  [Dkt 22]

Plaintiff's FAC due:                              June 30, 2014
Defendant's Response to the FAC due:   July 30, 2014


Dated: February 12, 2014                     BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Chi Soo Kim*
                                              ─────────────────────────
                                              CHI SOO KIM
                                              Assistant United States Attorney

*Smith v. Foxx*, No. 2:13-cv-00471 JAM-CKD
STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS

1

Dated:  February 13, 2014

                                    */s/ Marianne Smith*
                                    MARIANNE SMITH
                                    Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  February 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

*Smith v. Foxx*, No. 2:13-cv-00471 JAM-CKD
STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS

2