1  BENJAMIN B. WAGNER
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendant Anthony Foxx

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10

11 MARIANNE SMITH,                        CASE NO. 2:13-CV-00471 JAM-CKD PS

12                Plaintiff,              **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT**
13           v.

14 ANTHONY FOXX, SECRETARY,
   DEPARTMENT OF TRANSPORTATION,
15
                  Defendant.
16

17    Plaintiff Marianne Smith and Defendant Anthony Foxx stipulate to extend the time period for

18 Plaintiff to file her First Amended Complaint ("FAC") from June 30, 2014 to September 2, 2014.

19 Plaintiff requests this extension due to medical reasons.  The Court has already granted Defendant thirty

20 days to respond to the FAC.  [Dkt 22]

21
        Plaintiff's FAC due:              September 2, 2014
22      Defendant's Response to the FAC due:  October 2, 2014

23

24
   Dated: May 7, 2014
25

26                                        */s/ Marianne Smith*
                                          MARIANNE SMITH
27                                        Plaintiff

28

---

*Smith v. Foxx*, No. 2:13-cv-00471 JAM-CKD                                                    1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT

Dated:  May 7, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 8, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

*Smith v. Foxx*, No. 2:13-cv-00471 JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT

2