1  BENJAMIN B. WAGNER
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
6  Attorneys for Defendant Anthony Foxx

7                    IN THE UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9  MARIANNE SMITH,                       CASE NO.  2:13-CV-00471 JAM-CKD (PS)

10                Plaintiff,              **STIPULATION AND [PROPOSED] ORDER TO
                                          CONTINUE STATUS CONFERENCE**
11           v.

12 ANTHONY FOXX, SECRETARY,
   DEPARTMENT OF TRANSPORTATION,
13
                  Defendant.
14

15

16

17        Plaintiff Marianne Smith requests continuing the November 19, 2014 status conference to

18 December 3, 2014 due to her husband's medical issues and due to their travel plans.  (Dkt 31)

19 Defendant Anthony Foxx does not oppose Plaintiff's request.  The parties therefore respectfully request

20 the Court to continue the status conference to December 3, 2014.

21

22 Dated:  October 20, 2014              BENJAMIN B. WAGNER
                                         United States Attorney
23
                                         */s/ Chi Soo Kim*
24                                       CHI SOO KIM
                                         Assistant United States Attorney
25

26 Dated:  October 20, 2014

27                                       */s/ Marianne Smith*
28                                       MARIANNE SMITH
                                         Plaintiff

*Smith v. Foxx*, No. 2:13-cv-00471 JAM-CKD                                                  1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

**ORDER**

IT IS SO ORDERED.

Dated:  October 21, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE