UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY FOXX,<br><br>            Defendant. | No. 2:13-cv-0471 CKD PS<br><br><br>ORDER |

   In light of the parties consenting to proceed before the undersigned, the pretrial scheduling order (ECF No. 36) is amended as follows:

   1. Pretrial conference is set for April 13, 2016 at 11:00 a.m. in courtroom no. 24 before the undersigned.

   2. This matter is set for jury trial on June 6, 2016 at 9:00 a.m. in courtroom no. 24 before the undersigned.

Dated: December 8, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 smith-foxx.oas.amd