IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY FOXX,<br><br>Defendant | 2:13cv471 JAM CKD<br><br>ORDER |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate

1

1  judge for all further proceedings and entry of final judgment.

2        IT IS HEREBY ORDERED that any hearing dates currently set before
3  the undersigned are VACATED.

4        IT IS FURTHER ORDERED that the Clerk of the Court reassign this
5  case to the Honorable Carolyn K. Delaney, Magistrate Judge.  The
6  parties shall please take note that all documents hereafter filed with
7  the Clerk of the Court shall bear case number 2:13cv471 CKD.

8
   Dated: 12/5/2014
9                                          /s/John A. Mendez
                                           HON. JOHN A. MENDEZ
10                                         United States District Court Judge

11

12       Having also reviewed the file, I accept reference of this case
13  for all further proceedings and entry of final judgment.

14  Dated: 12/5/2014

15                                         /s/ Carolyn K. Delaney
                                           HON Carolyn K. Delaney
16                                         United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26
                                    2