1  BENJAMIN B. WAGNER
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendant Anthony Foxx

7
                IN THE UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10
11 | MARIANNE SMITH,                          | CASE NO. 2:13-CV-00471 CKD
12 |                    Plaintiff,             | **STIPULATION OF DISMISSAL OF ACTION**
13 |            v.                             |
14 | ANTHONY FOXX, SECRETARY,                  |
   | DEPARTMENT OF TRANSPORTATION,             |
15 |                    Defendant.             |

16

17        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that an action may
18 be dismissed by a plaintiff without order of Court by filing a stipulation of dismissal signed by all parties
19 who have appeared in the action, Plaintiff Marianne Smith and Defendant Anthony Foxx, Secretary,
20 Department of Transportation, hereby stipulate that this entire action, and any and all remaining claims
21 for relief shall be, and hereby are, dismissed with prejudice.
22        The parties shall bear their own fees and costs.

23

24 Dated: July 23, 2015                       BENJAMIN B. WAGNER
                                              United States Attorney
25
                                              /s/ Chi Soo Kim
26                                            _____
                                              CHI SOO KIM
27                                            Assistant United States Attorney
28

Dated: July 23, 2015

_____
MARIANNE SMITH
Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: 7/27/2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE